**LANDRETH TIMBER COMPANY, Plaintiff-Appellant,**

v.

**Ivan K. LANDRETH and Lucille Landreth, Husband and Wife; Thomas E. Landreth, Ivan K. Landreth, Jr., and Kathleen Landreth, Husband and Wife, Defendants-Appellees.**

No. 81–3446.

United States Court of Appeals, Ninth Circuit.

July 24, 1985.

Malcolm L. Edwards, Edwards & Barbieri, Seattle, Wash., Jacob H. Stillman, Atty. S.E.C., Washington, D.C., for plaintiff-appellant.

James A. Smith, Jr., Bogle & Gates, Seattle, Wash., for defendants-appellees.

Before BROWNING, Chief Judge, TUTTLE * and FARRIS, Circuit Judges.

**ORDER**

In accordance with the mandate of the Supreme Court in *Landreth Timber Co. v. Landreth, et al.,* —— U.S. ——, 105 S.Ct. 2297, 85 L.Ed.2d 692 (1985), the judgment